UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

THEODORE G. EIFERMAN, Individually,

    Plaintiff,

vs.

Case No. 1:19-cv-13092-RMB-KMV

38 SPECIAL, LLC, a New Jersey Limited
Liability Company,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW** Plaintiff, Theodore G. Eiferman, Individually, by and through undersigned counsel, and herein files this Notice of Voluntary Dismissal with Prejudice against the Defendant, 38 Special, LLC, a New Jersey Limited Liability Company.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of February, 2020, the Notice of Voluntary Dismissal has been electronically filed with the Court via the CM/ECF system and forward to Defendant via U.S. Regular Mail: 38 Special, LLC, c/o Robert M. Marks, R.A., 1146 Route 73, Mount Laurel, NJ 08054.

Keith Harris, Esquire (KH4604)
Braff, Harris & Sukoneck
570 W Mt. Pleasant Avenue
P.O. Box 657
Livingston, NJ 07039

John P. Fuller, Esquire, *pro hac vice*
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
Email: jpf@fullerfuller.com

*Counsel for Plaintiff*